# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REC'D JAN 17 2024

FRITZ GERALD Toussaint

v.

BROOKLYN PUBLIC LIBRARY et Al

CIVIL/CRIMINAL ACTION NO.

vs.

## MOTION

Computer networks as well as having hacked and monitored illegally on multiple occassion phones of plaintif having on machines the plaintif stolen phone || Recently the Brooklyn public library is forced @ utilizing deprived of his use 4 property

the Habitual Repeated Hacking over its networks and the intentonal provacation of plaintif using Freedom of speech and Religiously intolerant programs that convert children into Gender non conforming people

Demand For liquidate Damages
Demand For Discovery
Demand For Sacramento
New
On All

BPL Asset including those Held In Trust After 1/10/

PRINTED NAME: Fritz Gerald Toussaint
ADDRESSS: 1300 I Street 7Fl Sacramento CA 95814
SIGNATURE: [signed]
DATE: 1/9/24

03/2019